UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60274-CR-COHN

UNITED STATES OF AMERICA,

                        Plaintiff.

v.

BURTON GREENBERG,

                        Defendant.

_____/

## UNITED STATES' MOTION FOR AN ORDER OF FORFEITURE

The United States of America respectfully moves for the entry of an Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and in support thereof submits the following:

1. On November 6, 2015, the defendant, BURTON GREENBERG, pled guilty to Count One of Indictment 15-CR-60274 (JIC), and consented to the forfeiture of a money judgment in the amount of $10,010,798.00 in U.S. Currency pursuant to 18 U.S.C. § 981(a)(1)(C) by 28 U.S.C. § 2461(c), as set forth in the written Plea Agreement signed by the defendant on October 29, 2015;

2. On February 19, 2016, the defendant was sentenced, and the Judgment was entered on the docket on February 22, 2016.  The Judgment ordered, among other things, the forfeiture of a money judgment in the amount of $10,010,798.00 in U.S. Currency.

3. Pursuant to Fed. R. Crim. P. 32.2(c)(1), no ancillary proceedings are required if the forfeiture consists of only a money judgment.  Accordingly, the forfeiture of the money judgment is now final as to the defendant pursuant to Rule 32.2(b)(4)(A).

Therefore, the following money judgment should be FORFEITED to the United States and ENTERED by the Court: a money judgment in the amount of $10,010,798.00 in U.S. Currency.

WHEREFORE, the United States respectfully requests the entry of a Final Order of Forfeiture against the property described above; ordering said money forfeited to the United States and entering the money judgment against the defendant.

Dated: February 26, 2016

                                              Respectfully submitted,

                                              **WIFREDO A. FERRER**
                                              UNITED STATES ATTORNEY

By:    ***s./Thomas P. Lanigan***
         Thomas P. Lanigan
         Assistant United States Attorney
         500 East Broward Blvd., Suite 700
         Fort Lauderdale. Florida
         Tom.lanigan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on _____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s./Thomas P. Lanigan*
Thomas P. Lanigan
Assistant United States Attorney
